# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENEE D. BELL,**

    **Plaintiff,**

**v.**           Case No: 6:18-cv-193-Orl-31KRS

**FLORIDA HIGHWAY PATROL and LARRY COSTANZO,**

    **Defendants.**

## ORDER

This cause comes before the Court on Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 29) filed July 31, 2018.

On August 16, 2018, the United States Magistrate Judge issued a report (Doc. No. 31) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 29) is **DENIED**.

The Court further certifies to the U.S. Court of Appeals for the Eleventh Circuit that Plaintiff's appeal is not taken in good faith. The Clerk is directed to serve a copy of this Order on the clerk of Court for the Eleventh Circuit Court of Appeals, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 4, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party